# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **TRACEY JACKSON, Administratrix** of the Estate of Gwendolyn M. Guyton, Deceased, | : : : : |
| **Plaintiff**, | : : |
| v. | :   Civil Action No. 7:06-cv-76 (HL) : |
| **AMERICAN GENERAL FINANCIAL SERVICES, INC. and, MERIT LIFE INSURANCE COMPANY,** | : : : : |
| **Defendants**. | : |

_____

## ORDER STAYING CASE

Defendants removed this case from the Superior Court of Lowndes County, Georgia, on August 14, 2006. At the time of removal, the following motions were pending: Defendants' Motion to Compel Arbitration and Stay Further Proceedings, Plaintiff's Motion to Disqualify Attorneys for Defendants, and Plaintiff's Motion for Order Compelling Discovery. The Court anticipates that it will be several weeks before it will have the opportunity to issue rulings on the motions.

Review of the motions and corresponding briefs reveals that the parties are in disagreement as to whether Defendants' filing of the Motion to Compel Arbitration and Stay Further Proceedings served to stay further discovery in the case. *See, e.g.*, Plaintiff's Brief in Support of Motion for Order Compelling Discovery and Defendants' Brief in opposition. In an effort to head off additional discovery disputes, the Court is of the opinion that is in the best interest of all involved to stay this case until a determination can be made on the pending

motions.  Therefore, it is hereby ordered that this case is stayed until otherwise directed by the Court.[1]

**SO ORDERED**, this the 22nd day of August, 2006.

                                              s/   Hugh Lawson  
                                              **HUGH LAWSON, JUDGE**

mls

---

[1] The Court notes that the time for Plaintiff to reply to Defendants' Brief in Opposition to the Motion for Order Compelling Discovery has not yet expired.  If counsel for Plaintiff desire to file a reply brief, they may do so within the briefing period specified by the local rules, notwithstanding the entry of this Order.